```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

WED-44903 113J-1 pdf004 09-12573
U.S. Bankruptcy Court
P.O. Box 8347

**9**

08-11432

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT




UNDELIVERABLE
AS ADDRESSED,
FORWARDING
ORDER EXPIRED

000306 306 5 AV 1.060 21076 5 4 6392-3-310

Citifinancial
PO Box 499
Hanover MD 21076-0499

**FIRST-CLASS MAIL**

CITI499*   210763098  1B09  19  01/06/10
         RETURN TO SENDER
:CITI FINANCIAL
         BOX CLOSED
         UNABLE TO FORWARD
         RETURN TO SENDER

FILED
2010 JAN 13 AM 10: 45
U.S. BANKRUPTCY COURT
SAVANNAH, GA
SAMUEL L. KAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**James Mims Jr. and Patty A. Mims**  
Debtors

Case No.: 08-11432-SDB  
Judge: Susan D. Barrett

Chapter: 13

### ORDER OF DISMISSAL AT DEBTOR'S REQUEST

The above-named Debtor filed an application on November 19, 2009, voluntarily dismissing this Chapter 13 case. IT IS THEREFORE ORDERED THAT SUBJECT CASE IS DISMISSED.

Creditors are at liberty to pursue their legal remedies.



Susan D. Barrett  
United States Bankruptcy Judge  
PO Box 1487  
Augusta, GA 30903

Dated **November 20, 2009**

*13-08[Rev. 07/05] ST*

000677                                   4250300068 3144