IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By wpena at 11:13 am, Oct 05, 2010

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES MIMS, JR. and | : | CASE NO. 08-11432-SDB |
| PATTY A. MIMS, | | |
| Debtors | : | |

## ORDER ON APPLICATION FOR DISBURSEMENT OF UNCLAIMED FUNDS

An Application requesting Disbursement of Unclaimed Funds having been filed on behalf of Edens Truck Center, LLC on the 9th day of September, 2010; and for good cause shown; it is hereby

ORDERED, that Edens Truck Center, LLC is entitled to receive the sum of $4,042.36 as a distribution in the above matter.

SO ORDERED, this 1st day of October, 2010.

SUSAN D. BARRETT, Judge
United States Bankruptcy Court

ORDER PREPARED BY:

Daniel L. Wilder, Bar No. 141448
Attorney for Movant
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415